# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| MARTIN AYIM and EVELYN AYIM | * | CIVIL ACTION NO. 18-0480 |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| UNITED STATES OF AMERICA through UNITED STATES POSTAL SERVICES | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) [Doc. No. 3] filed by Defendant United States of America, through the United States Postal Service, is **GRANTED,** and Plaintiffs' lawsuit is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

Monroe, Louisiana, this 20th day of September, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE